# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4419

_____

DAVID PEMBELTON,

Petitioner,

v.

STATE OF FLORIDA and SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondents.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

May 10, 2019

PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

WETHERELL, RAY, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

David Pembelton, pro se, Petitioner.

Ashley Moody, Attorney General, for Respondents.